Garner v. BP        C.A. #3:07-CV-2221

United States Courts
Southern District of Texas
FILED

DEC 0 1 2009

Clerk of Court

Because of the Court's Rulings on Motions to Strike for Cause re Panel Members

1, 7, 9 and 11,

I was forced to accept Panel Member Number 7

and Strike Panel Members Number 15 and 20 and 6.

Atty. for BP
Js Galbraith

Filed and tendered to the Court Prior to Jury Strikes.