IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON WILSON GARNER, | * | |
| | * | |
| VS. | * | C.A. NO. G-07-221 |
| | * | |
| BP PRODUCTS NORTH AMERICA, INC., | * | |
| | * | JURY TRIAL DEMANDED |

### ORDER ON PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW

After considering Plaintiffs' Motion for Judgment as a Matter of Law and all other evidence on file, the Court rules the motion as to Defendant's affirmative defenses as follows:

| | GRANTED | DENIED |
|---|---|---|
| Second: | ✓ | |
| Third: | ✓ | |
| Fourth: | ✓ | |
| Fifth: | ✓ | |
| Twenty-Second: | | ✓ |
| Twenty-Third: | ✓ | ~~✗~~ |
| Twenty-Fourth: | ✓ | |

Signed on the 17 day of December, 2009.

_____
JUDGE PRESIDING