**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **AARON WILSON GARNER** | § | |
| | § | |
| **V.** | § | **C.A. NO. G-07-221** |
| | § | |
| **BP PRODUCTS NORTH** | § | |
| **AMERICA INC.** | § | |

**DEFENDANT BP PRODUCTS NORTH AMERICA INC.'S
NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendant BP Products North America Inc. ("BP") designates Scott A. Brister, Thomas W. Taylor and Kendall M. Gray as additional counsel in the above-captioned matter.  Messrs. Brister, Taylor and Gray are members in good standing of the State Bar of Texas, and of the Bar of the United States District Court for the Southern District of Texas.  Their contact information is as follows:

> Scott A. Brister
> Texas Bar No. 00000024
> ANDREWS KURTH LLP
> 111 Congress Avenue, Suite 1700
> Austin, Texas  78701
> Telephone: 512-320-9200
> Facsimile:  512-320-9292
> Email:  scottbrister@andrewskurth.com

Thomas W. Taylor
Texas Bar No. 19723875
ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone: 713-220-4200
Facsimile:  713-220-4285
Email:  ttaylor@andrewskurth.com

Kendall M. Gray
Texas Bar No. 00790782
ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone: 713-220-4200
Facsimile:  713-220-4285
Email:  kendallgray@andrewskurth.com

Respectfully submitted,

James B. Galbraith
Texas Bar No. 07574400
MCLEOD, ALEXANDER, POWEL
      & APFFEL, P.C.
802 Rosenberg
P.O. Box 629
Galveston, Texas  77553
Telephone: 409-763-2481
Facsimile:  409-762-1155
jbgalbraith@mapalaw.com

-2-

Scott A. Brister
Texas Bar No. 00000024
ANDREWS KURTH LLP
111 Congress Ave., Suite 1700
Austin, Texas  78701
Telephone: 512-320-9200
Facsimile:  512-320-9292
scottbrister@andrewskurth.com

Thomas W. Taylor
Texas Bar No. 19723875
Kendall M. Gray
Texas Bar No. 00790782
ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone: 713-220-4200
Facsimile:  713-220-4285
ttaylor@andrewskurth.com
kendallgray@andrewskurth.com

ATTORNEYS FOR
DEFENDANT BP PRODUCTS
NORTH AMERICA INC.

HOU:2983415.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the above and foregoing instrument have been served by *electronic*, on this 31st day of December, 2009, as follows: *transmission*

      Anthony G. Buzbee
      Sean E. O'Rourke
      The Buzbee Law Firm
      JPMorgan Chase Tower
      600 Travis Street, Suite 7300
      Houston, Texas  77002

      Kurt Brynilde Arnold
      Gabe T. Vick
      Arnold & Itkin
      5 Houston Center
      1401 McKinney Street, Suite 2550
      Houston, Texas  77010

For James B. Galbraith    TBN 0869600

-4-