# Appendix

## Compensatory Judgment

| | |
|---|---|
| $326,256.35 | Actual Damages |
| $ 14,334.71 | Prejudgment Interest (to 1/22) |

**$340,581.06**     **Total**

## Constitutional Damage Limits

| Trial Plaintiff | Actual Damages | | Actual Damages Plus 1:1 Punitive Damages |
|---|---|---|---|
| Cantu | $6,529.30 | | $13,058.60 |
| Claudio | $9,913.26 | | $19,826.52 |
| Estrada | $8,337.93 | | $16,675.86 |
| Fuentes | $6,091.68 | | $12,183.36 |
| Guerra | $6,915.35 | | $13,830.70 |
| Jefferson | $8,612.00 | | $17,224.00 |
| Mays | $5,917.79 | | $11,835.58 |
| Munoz | $244,386.21 | | $488,772.42 |
| Pearson | $12,255.45 | | $24,510.90 |
| Taylor | $17,297.38 | | $34,594.76 |
| **Total** | **$326,256.35** | | **$652,512.70** |

HOU:2988634.3