

111 Congress Avenue, Suite 1700
Austin, Texas 78701
512.320.9200 Phone
512.320.9292 Fax
andrewskurth.com

Scott A. Brister
512.320.9220 Phone
ScottBrister@andrewskurth.com

March 4, 2010

**VIA HAND DELIVERY**

Hon. Kenneth M. Hoyt
United States District Judge
Southern District of Texas
515 Rusk, Room 11-144
Houston, Texas 77002

    Re: *Aaron Wilson Garner, et al. v. BP Products North America Inc.*, C.A. NO. G-07-221, in the United States District Court of the Southern District of Texas, Galveston Division

Dear Judge Hoyt:

    The Plaintiffs appear to have slightly over-estimated prejudgment interest. The discrepancy seems to be the length of accrual. Texas law counts the day of filing, but ***not*** the day of judgment. *See* Tex. Fin. Code § 304.104. Assuming a judgment were signed on March 3, 2010 (the date used in the Plaintiffs' calculation), the years of accrual would be as follows:

| Plaintiff | Filing | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|
| Fernandez | 6/8/2007 | 0.567[1] | 1.0 | 1.0 | 0.167[2] | 2.734 |
| Estrada | 6/8/2007 | 0.567 | 1.0 | 1.0 | 0.167 | 2.734 |
| Guerra | 6/8/2007 | 0.567 | 1.0 | 1.0 | 0.167 | 2.734 |
| Jefferson | 6/8/2007 | 0.567 | 1.0 | 1.0 | 0.167 | 2.734 |
| Munoz | 6/8/2007 | 0.567 | 1.0 | 1.0 | 0.167 | 2.734 |
| Taylor | 6/8/2007 | 0.567 | 1.0 | 1.0 | 0.167 | 2.734 |
| Pearson | 6/29/2007 | 0.510[3] | 1.0 | 1.0 | 0.167 | 2.677 |
| Cantu | 8/6/2007 | 0.405[4] | 1.0 | 1.0 | 0.167 | 2.573 |
| Fuentes | 8/6/2007 | 0.405 | 1.0 | 1.0 | 0.167 | 2.573 |
| Mays | 8/6/2007 | 0.405 | 1.0 | 1.0 | 0.167 | 2.573 |

This would yield prejudgment interest of:

---

[1]  207 days/365 days = 0.567
[2]  61 days/365 days = 0.167
[3]  186 days/365 days = 0.510
[4]  148 days/365 days = 0.405

Hon. Kenneth M. Hoyt
March 4, 2010
Page 2

| Plaintiff | Past Damages | Rate | Years | Interest | Daily Interest |
|---|---|---|---|---|---|
| Fernandez | $9,913.26 | 5% | 2.734 | $1,355.26 | $1.36 |
| Estrada | $8,337.93 | 5% | 2.734 | $1,139.90 | $1.14 |
| Guerra | $6,195.35 | 5% | 2.734 | $846.98 | $0.85 |
| Jefferson | $8,612.00 | 5% | 2.734 | $1,177.37 | $1.18 |
| Munoz | $29,386.21 | 5% | 2.734 | $4,017.46 | $4.03 |
| Taylor | $17,297.38 | 5% | 2.734 | $2,364.77 | $2.37 |
| Pearson | $12,255.45 | 5% | 2.677 | $1,640.22 | $1.68 |
| Cantu | $6,529.30 | 5% | 2.573 | $839.86 | $0.89 |
| Fuentes | $6,091.68 | 5% | 2.573 | $783.57 | $0.83 |
| Mays | $5,917.79 | 5% | 2.573 | $761.21 | $0.81 |

For the Court's convenience, the final column reflects interest that should be added for the number of days after March 3rd that the judgment is signed.

Very truly yours,

Scott A. Brister

2726:tgh

Hon. Kenneth M. Hoyt
March 4, 2010
Page 3

cc: Anthony G. Buzbee
Sean E. O'Rourke
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002

Kurt Brynilde Arnold
Gabe T. Vick
Arnold & Itkin
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010