UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON WILSON GARNER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-07-221 |
| | § | |
| BP AMOCO CHEMICAL COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case, the plaintiffs shall recover from the defendant, BP Products North America, Inc., as follows:

### **Gilbert Cantu**

    6,529.30  Actual Damages
       839.86  Prejudgment Interest
        11.57  Prejudgment Interest  ($0.89 x 13days)
$  7,380.73  TOTAL

### **Rosa Fernandez**

    9,913.26  Actual Damages
    1,355.26  Prejudgment Interest
        17.68  Prejudgment Interest ($1.36 x 13 days)
$ 11,286.20  TOTAL

### **Jose A. Estrada**

    8,337.93  Actual Damages
    1,139.90  Prejudgment Interest
        14.82  Prejudgment Interest ($1.14 x 13 days)
$  9,492.65  TOTAL

### Gregorio Fuentes

```
   6,091.68  Actual Damages
     783.57  Prejudgment Interest
      10.79  Prejudgment Interest ($0.83 x 13 days)
$  6,886.04  TOTAL
```

### Eleno Guerra

```
   6,195.35  Actual Damages
     846.98  Prejudgment Interest
      11.05  Prejudgment Interest ($0.85 x 13 days)
$  7,053.38  TOTAL
```

### Wayne Jefferson

```
   8,612.00  Actual Damages
   1,177.37  Prejudgment Interest
      15.34  Prejudgment Interest ($1.18 x 13 days)
$  9,804.71  TOTAL
```

### Willy Mays

```
   5,917.79  Actual Damages
     761.21  Prejudgment Interest
      10.53  Prejudgment Interest ($0.81 x 13 days)
$  6,689.53  TOTAL
```

### Edwin Munoz

```
  29,386.21  Actual Damages
   4,017.46  Prejudgment Interest
      52.39  Prejudgment Interest ($4.03 x 13 days)
 215,000.00  Future Damages
$248,456.06  TOTAL
```

### Wayne Pearson

```
  12,255.45  Actual Damages
   1,640.22  Prejudgment Interest
      21.84  Prejudgment Interest ($1.68 x 13 days)
$ 13,917.51  TOTAL
```

**Charles Taylor**

```
  17,297.38  Actual Damages
   2,364.77  Prejudgment Interest
      30.81  Prejudgment Interest ($2.37 x 13 days)
$ 19,692.96  TOTAL
```

The Court ORDERS that the trial plaintiffs recover post-judgment interest at a rate of 0.39% from the date of judgment until paid.  Finally, the Court ORDERS that the trial plaintiffs recover their costs of court.

This is a Final Judgment.

SIGNED at Houston, Texas this 16th day of March, 2010.

                                                  Kenneth M. Hoyt
                                                  United States District Judge