IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON WILSON GARNER, ET AL | § | |
| | § | C. A. NO. G-07-221 |
| VS | § | |
| | § | |
| BP PRODUCTS NORTH AMERICA, INC. | § | |

## PARTIAL TAKE NOTHING JUDGMENT

On this day came on to be heard, the above-entitled and numbered cause, wherein the 132 individuals named in Exhibit A, attached hereto and made a part hereof, are Plaintiffs, and BP PRODUCTS NORTH AMERICA INC. is the Defendant, and came the parties, by and through their attorneys of record and announced to the Court that all matters in controversy between these named plaintiffs and Defendant BP PRODUCTS NORTH AMERICA INC. have been compromised and settled and that the plaintiffs named in Exhibit A, attached hereto, should take nothing by reason of their suit, and that Defendant BP PRODUCTS NORTH AMERICA INC. should have judgment. It is, therefore

ORDERED, ADJUDGED AND DECREED that Defendant BP PRODUCTS NORTH AMERICA INC. have judgment and that the 132 plaintiffs named in Exhibit A, attached hereto and made a part hereof, have and take nothing by reason of their suit herein.

This Partial Take Nothing Judgment only addresses the claims of the 132 Plaintiffs named on Exhibit A, attached hereto and made a part hereof, against Defendant BP PRODUCTS NORTH AMERICA, and does not affect in any way the claims of the 31 Intervenors named on

Exhibit B, attached hereto and made a part hereof, against Defendant BP PRODUCTS NORTH AMERICA INC.

SIGNED this __23__ day of __February__, ~~2010~~ 2011.

_____
JUDGE PRESIDING

APPROVED:

THE BUZBEE LAW FIRM

By: _____
Anthony G. Buzbee
State Bar No. 24001820
S. D. Tex. I.D. No. 22679
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
(713) 223-5393
FAX: (713) 223-5909
www.txattorneys.com

ATTORNEYS FOR 132 PLAINTIFFS NAMED
IN EXHIBIT A, ATTACHED HERETO AND
MADE A PART HEREOF

EXHIBIT A

1. Adams, Reginald
2. Aguilar, Jorge ("George")
3. Alaniz, Erasmo
4. Ali, Maria
5. Alvorado, Domingo
6. Anderson, Michael
7. Antoine, Orlando
8. Ardie, Izell
9. Area, Billie Jo
10. Armstrong, Ranoi
11. Auzenne, Alice
12. Becton, Yolanda
13. Bennett, Ronnie
14. Booker, Marvin
15. Brooks, Millie
16. Brown, Emmitt
17. Carey, Edrick
18. Carraway, Mary
19. Chapa, Isaac
20. Chicas, Jose G.
21. Claudio, Rosa
22. Cook, Frederick
23. Davis, Eric
24. Davis, Kevin
25. Edwards, Andre
26. Estrada, Jose A.
27. Fontenot, Bobby
28. Forsyth-Patterson, Rebecca
29. Frank, Latricia
30. Garcia, Francisco
31. Garner, Aaron
32. Garza, Aida
33. Gilmore, Danny
34. Gomez, David
35. Gonzalez, Ezequiel
36. Gonzalez, Santiago
37. Gracia, Jeremy
38. Grant, Branden
39. Green, Gerald
40. Guerra, Eleno
41. Guidry, Will

42. Hansley, Michael
43. Heiman, Kevin
44. Holmes, Carl
45. Hurst, Adrian
46. Izaguirre, Armando
47. Jefferson, Wayne
48. Jimenez, Asmavet
49. Jimenez, Hector H.
50. Jimenez, Hecktor M.
51. Johnson, Brian
52. Johnson, Brian K.
53. Jones, Andy
54. Jones, Kenneth
55. Jones, Robert H.
56. Jones, Robert L.
57. Jones, Teriyaka
58. Jowell, Paula
59. King, Brian
60. Lacy, Averett
61. Lee, Richard
62. Leon, Felipe
63. Lopez, Jose G.
64. Lopez, Nicholas
65. Lopez, Pedro
66. Loud, Judy
67. Loud, Wilbert
68. Lugo, Jose G.
69. Lugo, Jose S.
70. Luna, Adolfo
71. Lundy, Kendrick
72. Lusk, Jeremy
73. Lusk, Jermall
74. Mansky, Charlotte ("Rene")
75. Mays, Aundreaun
76. McAfee, Howard
77. McCall, Sharon
78. McGhee, Brent
79. McMahon, Douglas
80. Merrifield, David
81. Moreno, Pedro
82. Morris, Shawanda
83. Munoz, Edwin
84. Norris, Allen

85. Ore, Oscar
86. Ortega, Everado
87. Page, Mercedes
88. Palmer, Arlisa
89. Parra, Jose
90. Parra, Orlando
91. Partida, Esmeralda
92. Pearson, Wayne
93. Pegues, Spencer
94. Placencia, Jose
95. Powers, Lorne
96. Ramirez, Gabriel
97. Reid, Howard
98. Reyes, Johnny
99. Rodriguez, Victor
100. Ruiz, Ramiro
101. Ryan, Jerome
102. Salgado, Francisco
103. Salgado, Genaro
104. Salinas, Omara
105. Sandoval, Raul
106. Sanford, George
107. Schmitz, Apryl
108. Sereal, Whitney
109. Seymore, Lyn
110. Shoemaker, Thomas
111. Singh, Michael
112. Stone, Mike
113. Stovall, Lenora
114. Taylor, Charles
115. Thornton, John
116. Torres, Jesus
117. Trujillo, Jose E.
118. Turner, Sharon
119. Vallery, Johnathen
120. Vann, Leland
121. Villarreal, Michael
122. Waldrop, Kenneth (Dewayne)
123. Weaver, Jeff
124. Weaver, Sharon
125. Werdlow, Charlie
126. Williams, Freddie
127. Williams, Jared
128. Williams, Michelle

129. Woods, Pamela
130. Woods, Tarris
131. Yearwood, Wendell
132. Zuniga, Emmanuel

## Exhibit B

1. Adame, Jesus
2. Barksdale, Ebony
3. Bazan, Rogelio
4. Brown, Leslie
5. Burnham, Rebecca
6. Cantu, Gilbert
7. Chavez, Yimy
8. Crosby, Derrick
9. Fuentes, Gregorio
10. Gonzalez, Celestino
11. Hernandez, Miguel
12. Jackson, Clifford
13. Leal, Erasmo
14. Marin, Hilario
15. Martinez, Jorge
16. Martinez, Sergio
17. Mays, Willie Jr.
18. McCoy, Limuel
19. Mendoza, Elgio
20. Meraz, Jose A.
21. Navejas, David
22. Noyola, Roberto
23. Owens, Anita
24. Pedroza, Jose
25. Pena, David
26. Peterson, Robert
27. Proa, Carlos D.
28. Rios, Gustavo
29. Smith, Lilian
30. Smith, Marilyn
31. Soto, Jose